```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

MRL Development I, LLC and MICHAEL R. )
LUCHT,                                )
                                      )
            Plaintiffs,               )
                                      )   Civil No. 2013-48
            v.                        )
                                      )
WHITECAP INVESTMENT CORP., d/b/a      )
PARADISE LUMBER; PUTNAM LUMBER &      )
EXPORT CO.; PUTNAM FAMILY PROPERTIES, )
INC.; and GREAT SOUTHERN WOOD         )
PRESERVING, INC.,                     )
                                      )
            Defendants.               )
_____
WHITECAP INVESTMENT CORP., d/b/a      )
PARADISE LUMBER,                      )
                                      )
            Cross-claimant,           )
                                      )
            v.                        )
                                      )
PUTNAM LUMBER & EXPORT CO.; PUTNAM    )
FAMILY PROPERTIES, INC.; and GREAT    )
SOUTHERN WOOD PRESERVING, INC.,       )
                                      )
            Cross-claim defendant.    )
_____)
                                      )
PUTNAM FAMILY PROPERTIES, INC.,       )
                                      )
            Cross-claimant,           )
                                      )
            v.                        )
                                      )
WHITECAP INVESTMENT CORP., d/b/a      )
PARADISE LUMBER; and GREAT SOUTHERN   )
WOOD PRESERVING, INC.,                )
                                      )
            Cross-claim defendants.   )
```

*MRL Development I, LLC v. Whitecap Investment Corp.*
Civil No. 2013-48
Order
Page 2

|  |  |
|---|---|
| **PUTNAM LUMBER & EXPORT COMPANY,** | ) |
| Cross-claimant, | ) |
| v. | ) |
| **WHITECAP INVESTMENT CORP., d/b/a PARADISE LUMBER; and GREAT SOUTHERN WOOD PRESERVING, INC.,** | ) |
| Cross-claim defendant. | ) |

**ATTORNEYS:**

**David A. Bornn, Esq.**
The Bornn Firm, PLLC
St. Thomas, VI
**Paul Martin Platte, Esq.**
Columbia, SC
    *For the Plaintiffs*,

**Chad C. Messier, Esq.**
**Alex Moskowitz, Esq.**
Dudley, Topper & Feuerzeig
St. Thomas, VI
    *For the defendant/cross-claimant Whitecap Investment Corp.*
    *d/b/a Paradise Lumber,*

**Lisa M. Komives, Esq.**
Bolt Nagi PC
St. Thomas, VI
**Robert A. Carlson, Esq.**
Lee, Hernandez, Landrum, Garofalo and Blake APC
Miami, FL
    *For the defendants/cross-claimaints Putnam Lumber & Export*
    *Co. and Putnam Family Properties, Inc,*

**Daryl C. Barnes, Esq.**
Bryant, Barnes, Moss & Beckstedt
St. Croix, VI
**Stewart Andrew Kelly, Esq.**
Lightfoot, Franklin & White, LLC
Birmingham, AL
    *For the defendant/cross-claim defendant Great Southern Wood*
    *Preserving, Inc.*

## **ORDER**

**GÓMEZ, J.**

It is hereby **ORDERED** that the motions for attorney's fees and costs filed at ECF Nos. 444, 446, and 448 are scheduled for mediation before the Honorable Judge Juan R. Sánchez, in Courtroom 3 of the Ron de Lugo Federal Building and U.S. Courthouse, St. Thomas, United States Virgin Islands. The mediation shall commence promptly at **8:00 a.m. on Friday, January 20, 2017;** it is further

**ORDERED** that, no later than **12:00 noon on Wednesday, January 4, 2017,** the parties shall each submit a two-page confidential position paper in .pdf format to sanchezdocs@paed.uscourts.gov. The confidential position papers shall outline the material facts relevant to the mediation; the settlement posture of the parties; and, any outstanding issues that need to be resolved; and it is further

**ORDERED** that each party shall have present at the mediation a principal with the authority to settle the matter.

```
               S/_____
                    CURTIS V. GÓMEZ
                    District Judge
```